IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JUSTIN L. COPLEY,<br><br>        Defendant,<br><br>And<br><br>E.F. JOHNSON COMPANY,<br><br>        Garnishee. | 8:02CR336 |

## GARNISHEE ORDER

This matter comes before this Court on the Motion of the Plaintiff, United States of America, for an Order releasing the Garnishment E.F. Johnson Company, 1440 Corporate Drive, Irving, TX 75038.

IT IS HEREBY ORDERED that the garnishment against E.F. Johnson Company, is released.

Dated this 17th day of June, 2020.

BY THE COURT:

_____
Michael D. Nelson
United States Magistrate Judge